IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:11CR157 |
| v. | : | |
| ALFRED WATKINS, ET AL., | : | ORDER UNSEALING INDICTMENT |

- - - - - - - - - -

IT IS HEREBY ORDERED that the Indictment filed herein and ordered sealed by the order of this Court on October 25, 2011, be unsealed by the Clerk of Courts.

DATE: 2-14-12

THOMAS M. ROSE
Judge U.S. District Court